# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CAMELIA FORDE, CRISTA ROBINSON, ALICIA RENEE NEARER, EVELYN JOHNSON, LEROY DOWNING, MARY WILLIAMS, ANGELA L LOVELACE, CHRISTY NICOLE ELLIS, ANGELIA THAMES, MONICA JENNISON, SHANIEKA ASKEW, LINDA SMITH, YOVONIE GLOVER, PATRICIA FLOYD, ROBERT MCMILLAN, DAPHNE SMITH, DORIS L CHANEY, ROBBIN KING, SOPHIA E RICHARDSON PRIM, SHAMEKA NETTLES BROWN, JANE G SNYDER, LYTERA JACKSON, LEKESHA DAVIS, GAIL WILLIAMS COLEMAN, ANNIE R HAYES, NYEASHA LAMBERT, TINA JONES, CARDELIA POWELL, VICKIE FAY RUFF

    VS                                    CASE NO.  3:10cv187/RV/CJK

SANTA ROSA INVESTORS INC

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the Plaintiffs**, CAMELIA FORDE, CRISTA ROBINSON, ALICIA RENEE NEARER, EVELYN JOHNSON, LEROY DOWNING, MARY WILLIAMS, ANGELA L LOVELACE, CHRISTY NICOLE ELLIS, ANGELIA THAMES, MONICA JENNISON, SHANIEKA ASKEW, LINDA SMITH, YOVONIE GLOVER, PATRICIA FLOYD, ROBERT MCMILLAN, DAPHNE SMITH, DORIS L CHANEY,**

**ROBBIN KING, SOPHIA E RICHARDSON PRIM, SHAMEKA NETTLES BROWN, JANE G SNYDER, LYTERA JACKSON, LEKESHA DAVIS, GAIL WILLIAMS COLEMAN, ANNIE R HAYES, NYEASHA LAMBERT, TINA JONES, CARDELIA POWELL, VICKIE FAY RUFF** take nothing and that this action be **DISMISSED without prejudice.**

          JESSICA J. LYUBLANOVITS
          CLERK OF COURT

October 31, 2011            *s/ Katherine V. Goodman*
DATE            Deputy Clerk: Katherine V. Goodman